UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVIN DWAYNE MOSBY,

        Petitioner,                Case No. 2:13-cv-01609-APG-VCF

vs.                                           **O R D E R**

RENEE BAKER, *et al.*,

        Respondents.

       This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

       On October 15, 2013, the Court denied petitioner's application to proceed *in forma pauperis* without prejudice due to petitioner's use of improper forms, as well as his failure to attach an inmate account statement and properly executed financial certificate to the application. The Court further noted that petitioner's habeas corpus petition was submitted on an improper form, rather than the court-approved form, as is required by Local Rule LSR 3-1. The Court granted petitioner thirty days in which to file an amended application to proceed *in forma pauperis* and an amended habeas corpus petition, using the court-approved forms. (Dkt. #2).

On October 31, 2013, petitioner filed a letter notifying the Court that he is unable to obtain a financial certificate to accompany his amended *in forma pauperis* application within the allotted thirty-day time period. (Dkt. #3). The Court construes petitioner's letter as a motion for an extension of time. The Court will grant petitioner an extension of time in which to file an amended *in forma pauperis* application with all required attachments, including a properly executed financial certificate and an inmate account statement for the prior six months. The Court also grants petitioner an extension of time in which to file his amended habeas petition, as set forth below.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (Dkt. #3) is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's amended *in forma pauperis* application and amended habeas corpus petition **SHALL BE FILED** within **thirty (30) days** from the date of entry of this order.

Dated this 6th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE